## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A. Krantz <br>                 Debtor | CHAPTER 13 <br><br> BKY. NO. 15-21454 GLT |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X and index same on the master mailing list.

      Respectfully submitted,

      **/s/ James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      jwarmbrodt@kmllawgroup.com
      Attorney I.D. No. 42524
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      Phone: (215)-627-1322
      Attorney for Movant/Applicant