**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> BRIAN A KRANTZ | Case No. 15-21454GLT |
| Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, | Chapter 13 |
| Movant <br> vs. <br> BANK OF NEW YORK MELLON - TRUSTEE | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

BANK OF NEW YORK MELLON - TRUSTEE     Court claim# 3/Trustee CID# 2
C/O NATIONSTAR MORTGAGE LLC*
PO BOX 619094
DALLAS, TX 75261-9741

The Movant further certifies that on 09/19/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| BRIAN A KRANTZ, 1671 STATE ROUTE 56, SPRING CHURCH, PA 15686 | PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |
| : NATIONSTAR MORTGAGE LLC**, ATTN BANKRUPTCY NOTICES - LEGAL, PO BOX 619096, DALLAS, TX 75261-9741 | ORIGINAL CREDITOR: BANK OF NEW YORK MELLON - TRUSTEE, C/O NATIONSTAR MORTGAGE LLC*, PO BOX 619094, DALLAS, TX  75261-9741 |
| ORIGINAL CREDITOR'S COUNSEL: KARINA VELTER ESQ, MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH  43216-5028 | |
| NEW CREDITOR: | |