**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21454-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian A. Krantz
1671 State Route 56
Spring Church PA 15686

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/06/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: The Bank of New York Mellon, C/O Weinstein & Riley, P.S., 2001 Western Avenue, Ste. 400, Seattle, WA 98121 | US Bank National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/08/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian A. Krantz  
    Debtor

Case No. 15-21454-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Nov 06, 2019  
                     Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14074757      +E-mail/Text: bncmail@w-legal.com Nov 07 2019 03:52:50     The Bank of New York Mellon,  
               C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132  
                                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:  
        James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com  
        James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com  
        Karina Velter   on behalf of Creditor   THE BANK OF NEW YORK MELLON amps@manleydeas.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.   on behalf of Debtor Brian A. Krantz ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                           TOTAL: 7