**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BRIAN A KRANTZ

    Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
BRIAN A KRANTZ

    Respondents

Case No.15-21454GLT

Chapter 13

Related to Dkt. No. 54

FILED
4/13/20 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 13th day of April 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

    Classic Industries Inc
    Attn: Payroll Manager
    149 Devereaux Dr
    Latrobe,PA 15650

is hereby ordered to immediately terminate the attachment of the wages of BRIAN A KRANTZ, social security number XXX-XX-2132. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRIAN A KRANTZ.

BY THE COURT:

_____ jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-21454-GLT
Brian A. Krantz                                                     Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy                Page 1 of 1            Date Rcvd: Apr 13, 2020
                               Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
db             +Brian A. Krantz,    1671 State Route 56,    Spring Church, PA 15686-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH
               TRUST X bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    THE BANK OF NEW YORK MELLON amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Brian A. Krantz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7