Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brian A. Krantz** | : | Case No. 15–21454–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 60 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/29/20 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 27th of May, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 60 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 29, 2020 at 11:00 AM* in Telephone Conference, Please consult procedures, Judge Taddonio's webpage, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21454-GLT
Brian A. Krantz                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: May 27, 2020
                              Form ID: 604            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
db          +Brian A. Krantz,   1671 State Route 56,   Spring Church, PA 15686-9728
cr          +BSI Financial Services,   314 S. Franklin Street,   2nd Floor,   Titusville, PA 16354-2168
cr          +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
14090366    +Cavalry SPV I, LLC,   Assignee of Capital One Bank USA, N.A.,   Bass & Associates, P.C.,
              3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
14035294    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14047863   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,   350 Highland Dr,   Lewisville, TX 75067)
14079641    +Peoples Natural Gas Company LLC,   225 North Shore Drive,   Pittsburgh, PA 15212-5860,
              Attn: Dawn Lindner
15152679    +US Bank National Association,   c/o BSI Financial Services,   1425 Greenway Drive, Ste 400,
              Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14043313     E-mail/Text: ally@ebn.phinsolutions.com May 28 2020 04:31:14    Ally Financial,
              PO Box 130424,   Roseville, MN 55113-0004
14035292    +E-mail/Text: ally@ebn.phinsolutions.com May 28 2020 04:31:14    Ally Financial,
              200 Renaissance Ctr,   Detroit, MI 48243-1300
14035293     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:37:05
              Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
14047862     E-mail/Text: sbse.cio.bnc.mail@irs.gov May 28 2020 04:32:25    Internal Revenue Service,
              P.O. Box 21125,   Philadelphia, PA 19114
14106043    +E-mail/Text: JCAP_BNC_Notices@jcap.com May 28 2020 04:33:31    Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14074757    +E-mail/Text: bncmail@w-legal.com May 28 2020 04:33:28    The Bank of New York Mellon,
              C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC as servicer for U.S. Bank
cr             THE BANK OF NEW YORK MELLON
cr             U.S. Bank National Association, not in its individ
cr             US Bank National Association
cr             US Bank Trust N.A.
14047857*     +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
14047858*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
              Richmond, VA 23238)
14047859*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14047860*     +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
              Room 727,   Pittsburgh, PA 15222-4107
14047861*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14035295*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage Ll,   350 Highland Dr,   Lewisville, TX 75067)
                                                                                  TOTALS: 5, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                Page 2 of 2              Date Rcvd: May 27, 2020
                              Form ID: 604              Total Noticed: 14
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:

        James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com

        James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com

        Karina    Velter    on behalf of Creditor    THE BANK OF NEW YORK MELLON amps@manleydeas.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Paul W. McElrath, Jr.    on behalf of Debtor Brian A. Krantz ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 7