| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian A. Krantz** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–2132** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–21454–GLT** | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Brian A. Krantz

   7/20/20                                                **By the court:**    Gregory L. Taddonio
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-21454-GLT
Brian A. Krantz                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 2              Date Rcvd: Jul 20, 2020
                             Form ID: 3180W          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.
```
db            +Brian A. Krantz,    1671 State Route 56,    Spring Church, PA 15686-9728
cr            +BSI Financial Services,    314 S. Franklin Street,    2nd Floor,    Titusville, PA 16354-2168
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14090366      +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14047863     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
14079641      +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
                Attn: Dawn Lindner
15152679      +US Bank National Association,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
                Irving, TX 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2020 05:12:11
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2020 05:12:11     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
14043313       EDI: GMACFS.COM Jul 21 2020 08:43:00      Ally Financial,    PO Box 130424,
                Roseville, MN 55113-0004
14035292      +EDI: GMACFS.COM Jul 21 2020 08:43:00      Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
14035293       EDI: CAPITALONE.COM Jul 21 2020 08:43:00      Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238
14035294      +EDI: AMINFOFP.COM Jul 21 2020 08:43:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
14047862       EDI: IRS.COM Jul 21 2020 08:43:00      Internal Revenue Service,    P.O. Box 21125,
                Philadelphia, PA 19114
14106043      +EDI: JEFFERSONCAP.COM Jul 21 2020 08:43:00      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14074757      +E-mail/Text: bncmail@w-legal.com Jul 21 2020 05:12:32      The Bank of New York Mellon,
                C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC as servicer for U.S. Bank
cr             THE BANK OF NEW YORK MELLON
cr             U.S. Bank National Association, not in its individ
cr             US Bank National Association
cr             US Bank Trust N.A.
14047857*     +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14047858*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
14047859*     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14047860*     +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                Room 727,    Pittsburgh, PA 15222-4107
14047861*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14035295*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
                                                                                TOTALS: 5, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2              User: culy                    Page 2 of 2                  Date Rcvd: Jul 20, 2020
                                  Form ID: 3180W                Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2020 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
           National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH
           TRUST X bkgroup@kmllawgroup.com
          Jillian Nolan Snider     on behalf of Creditor    US Bank Trust N.A. jsnider@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Karina   Velter    on behalf of Creditor    THE BANK OF NEW YORK MELLON amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Brian A. Krantz ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```