**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/20/20 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  BRIAN A KRANTZ

      Debtor(s)

  Ronda J. Winnecour
      Movant
         vs.
  No Repondents.

Case No.:15-21454

Chapter 13

Related to Dkt. No. 60

## ORDER OF COURT

AND NOW, this 20th day of July 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO      jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian A. Krantz  
    Debtor

Case No. 15-21454-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　User: culy　　Page 1 of 2　　Date Rcvd: Jul 20, 2020  
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.

```
db            +Brian A. Krantz,   1671 State Route 56,   Spring Church, PA 15686-9728
cr            +BSI Financial Services,   314 S. Franklin Street,   2nd Floor,   Titusville, PA 16354-2168
cr            +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
14090366      +Cavalry SPV I, LLC,   Assignee of Capital One Bank USA, N.A.,   Bass & Associates, P.C.,
               3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
14035294      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14047863     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,   350 Highland Dr,   Lewisville, TX 75067)
14079641      +Peoples Natural Gas Company LLC,   225 North Shore Drive,   Pittsburgh, PA 15212-5860,
               Attn: Dawn Lindner
15152679      +US Bank National Association,   c/o BSI Financial Services,   1425 Greenway Drive, Ste 400,
               Irving, TX 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14043313       E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2020 05:11:27     Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
14035292      +E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2020 05:11:27     Ally Financial,
               200 Renaissance Ctr,   Detroit, MI 48243-1300
14035293       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2020 05:15:05
               Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
14047862       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 21 2020 05:11:41     Internal Revenue Service,
               P.O. Box 21125,   Philadelphia, PA 19114
14106043      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 21 2020 05:12:36     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14074757      +E-mail/Text: bncmail@w-legal.com Jul 21 2020 05:12:32     The Bank of New York Mellon,
               C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC as servicer for U.S. Bank
cr             THE BANK OF NEW YORK MELLON
cr             U.S. Bank National Association, not in its individ
cr             US Bank National Association
cr             US Bank Trust N.A.
14047857*     +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
14047858*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
               Richmond, VA 23238)
14047859*     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14047860*     +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
               Room 727,   Pittsburgh, PA 15222-4107
14047861*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14035295*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Ll,   350 Highland Dr,   Lewisville, TX 75067)
                                                                                TOTALS: 5, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

```
District/off: 0315-2            User: culy                  Page 2 of 2                 Date Rcvd: Jul 20, 2020
                                Form ID: pdf900             Total Noticed: 14
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH
               TRUST X bkgroup@kmllawgroup.com
              Jillian Nolan Snider     on behalf of Creditor    US Bank Trust N.A. jsnider@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Karina   Velter    on behalf of Creditor    THE BANK OF NEW YORK MELLON amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Brian A. Krantz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 8
```